**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DIONE MAYFIELD,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | |
| | ) | **Judge** |
| **v.** | ) | |
| | ) | **Magistrate Judge** |
| **P.O. SZCZUR #18774,** | ) | |
| **P.O. LOZA #16201,** | ) | |
| **P.O. AHMED #16497,** | ) | |
| **P.O. PEREZ #19056,** | ) | |
| **P.O. SANCHEZ #10159, Individually, and** | ) | |
| **the CITY OF CHICAGO, a Municipal** | ) | **JURY DEMAND** |
| **Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, DIONE MAYFIELD, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159, individually, and the CITY OF CHICAGO, as follows:

## COUNT I - EXCESSIVE FORCE

1.     This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, DIONE MAYFIELD, accomplished by acts and/or omissions of the Defendant, P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, P.O. SANCHEZ #10159, and the CITY OF CHICAGO, committed under color of law.

2.     Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3.      The Plaintiff, DIONE MAYFIELD, was at all relevant times a United States citizen and resident of the State of Illinois.

4.      At all relevant times, the Defendants, P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159, were duly appointed City of Chicago police officers acting within the scope of their employment and under color of law.

5.      In the afternoon of June 18, 2019, the Plaintiff was walking home around the area of 32 N. Lamon Avenue, Chicago Illinois.

6.      Several City of Chicago police squad cars suddenly pulled up alongside the Plaintiff, and Defendants, P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159 jumped out of said squad cars.

7.      Defendants P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159 then threw the Plaintiff to the ground and proceeded to twist his arms to apply handcuffs while kneeing and viciously kicking the Plaintiff.

8.      Plaintiff, DIONE MAYFIELD, was not committing any crimes or breaking any laws.

9.      The force used was excessive and unreasonable.

10.     The actions of the Defendants were intentional, willful, and wanton.

11.     As a result of the actions of the Defendants, the Plaintiff, DIONE MAYFIELD, was injured.

12. The actions of the Defendants constituted violations of DIONE MAYFIELD's Fourth and Fourteenth Amendment rights as protected by 42 U.S.C. §1983.

13. As a result of the actions of the Defendants, the Plaintiff, DIONE MAYFIELD, suffered fear, anxiety, pain, suffering, and emotional distress.

**WHEREFORE**, the Plaintiff, DIONE MAYFIELD, prays for judgment in his favor and against the Defendants, P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159, in an amount of fair and reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II - FALSE ARREST

1-13. The Plaintiff, DIONE MAYFIELD, hereby re-alleges and incorporates his allegations of paragraphs 1-13 of Count I as his respective allegations of paragraphs 1-13 of Count II as though fully set forth herein.

14. To cover their wrongful actions, Defendants P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159 arrested the Plaintiff and charged the Plaintiff with resisting arrest and aggravated battery to a peace officer.

15. There was no probable cause to arrest the Plaintiff DIONE MAYFIELD.

16. The charges placed upon DIONE MAYFIELD were false.

17. The charges placed against DIONE MAYFIELD were to cover up for the excessive force used upon the Plaintiff.

18. The actions of the Defendants were intentional, willful, and wanton.

19.     The actions of the Defendants constituted a violation of DIONE MAYFIELD's Fourth and Fourteenth Amendment rights as protected by 42 U.S.C. §1983.

20.     As a result of the actions of the Defendants, the Plaintiff, DIONE MAYFIELD, suffered fear, anxiety, pain, suffering, and emotional distress.

**WHEREFORE**, the Plaintiff, DIONE MAYFIELD, prays for judgment in his favor and against Defendants P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159 in an amount of fair and reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT III—FAILURE TO INTERVENE

1-20.     The Plaintiff, DIONE MAYFIELD, hereby re-alleges and incorporates his allegations of paragraphs 1-20 of Count II as his respective allegations of paragraphs 1-20 of Count III as though fully set forth herein.

21.     One or more of the Defendants, P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159 was/were nearby, witnessed the use of excessive force against DIONE MAYFIELD, and failed to intervene.

22.     The actions and inactions of the Defendants constituted a violation of DIONE MAYFIELD's Fourth and Fourteenth Amendment rights as protected by 42 U.S.C. §1983.

23.     As a result of the actions of the Defendants, the Plaintiff, DIONE MAYFIELD, suffered fear, anxiety, pain, suffering, and emotional distress.

**WHEREFORE**, the Plaintiff, DIONE MAYFIELD, prays for judgment in his favor and against the Defendants, P.O. SZCZUR #18774, P.O. LOZA #16201, P.O.

AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159, jointly and severally, in an amount of fair and reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT IV - MALICIOUS PROSCECUTION

1-23.    The Plaintiff, DIONE MAYFIELD, hereby re-alleges and incorporates his allegations of paragraphs 1-23 of Count III as his respective allegations of paragraphs 1-23 of Count IV as though fully set forth herein.

24.    The Defendants, P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159, charged the Plaintiff with false criminal charges and proceeded with the charges knowing they were false.

25.    On August 5, 2019, the criminal charges against Plaintiff DIONE MAYFIELD were dismissed in a manner indicative of his innocence.

26.    The actions of the Defendants were intentional, willful and wanton.

27.    As a result of the actions of the Defendants, the Plaintiff, DIONE MAYFIELD, suffered fear, anxiety, pain, suffering, and emotional distress.

**WHEREFORE**, the Plaintiff, DIONE MAYFIELD, prays for judgment in his favor and against the Defendants, P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159, in an amount of fair and reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT V - INDEMNIFICATION

1-27.    The Plaintiff, DIONE MAYFIELD, hereby re-alleges and incorporates his allegations of all paragraphs of Counts I-IV as though fully set forth herein.

28.     Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

29.     The Defendants, P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159, are or were employees of the CITY OF CHICAGO, who acted within their scope of employment in committing the misconduct described herein.

**WHEREFORE**, should the Defendants, P.O. SZCZUR #18774, P.O. LOZA #16201, P.O. AHMED #16497, P.O. PEREZ #19056, and P.O. SANCHEZ #10159, be found liable for any of the acts alleged above, the Defendant, CITY OF CHICAGO, would be liable to pay the Plaintiff, DIONE MAYFIELD, any judgment obtained against the Defendants.

## <u>JURY DEMAND</u>

The Plaintiff, DIONE MAYFIELD, hereby requests a trial by jury.

Respectfully submitted,

/s/ Brian M. Orozco

**Gregory E. Kulis and Associates, Ltd.**
**Attorneys for the Plaintiffs**
**30 N. LaSalle, Suite 2140**
**Chicago, IL 60602**
**312-580-1830**
**Attorney No. 6309838**